UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA CASTRO,  
Plaintiff,

CASE NO.: 1:23-cv-23716-RAR

vs.

METROPCS FLORIDA, LLC.

a Foreign for Profit Corporation

Defendant,
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ARANTZA CASTRO by and through his undersigned counsel, hereby files this Notice of Voluntary Dismissal dismissing his action against Defendant.

**Respectfully Submitted,**

**MENDEZ LAW OFFICES, PLLC**
Attorney for Plaintiff
P.O. BOX 228630
Miami, Florida 33222
Telephone: 305.264.9090
Facsimile:  305.809.8474
Email:info@mendezlawoffices.com
By: /s/ Diego German Mendez
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###